MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District **OF NORTHERN TEXAS** | |
|---|---|---|
| Name (under which you were convicted): **MIGUEL HORACIO DIAZ-GARCIA** | | Docket or Case No.: **2:23-CR-056-Z (01)** |
| Place of Confinement: **FCC COLEMAN LOW** | | Prisoner No.: **61390-510** |
| UNITED STATES OF AMERICA   V. | | Movant (include name under which convicted) **MIGUEL HORACIO DIAZ-GARCIA** |

## MOTION

2:25-CV-125-Z

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

   **UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, AMARILLO DIVISION**

   (b) Criminal docket or case number (if you know): **2:23-CR-056-Z (01)**

2. (a) Date of the judgment of conviction (if you know): **OCTOBER 20, 2023**

   (b) Date of sentencing: **FEBRUARY 1, 2024**

3. Length of sentence: **108 MONTHS**

4. Nature of crime (all counts):

   **21 U.S.C. §§841(a)(1) and 841(b)(1)(C) - Possession with Intent to Distribute 50 kilograms or more of Cocaine**

5. (a) What was your plea? (Check one)

   (1) Not guilty ☐     (2) Guilty ☒     (3) Nolo contendere (no contest) ☐

6. (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

7. If you went to trial, what kind of trial did you have? (Check one)     Jury ☐     Judge only ☐

8. Did you testify at a pretrial hearing, trial, or post-trial hearing?     Yes ☐     No ☐

8. Did you appeal from the judgment of conviction?   Yes [X]   No [ ]

9. If you did appeal, answer the following:

    (a) Name of court: **US COURT OF APPEALS FOR THE FIFTH CIRCUIT**

    (b) Docket or case number (if you know): _____

    (c) Result: **AFFIRMED**

    (d) Date of result (if you know): _____

    (e) Citation to the case (if you know): _____

    (f) Grounds raised:

        **Counsel's failure to inform Movant that he would possibly be deported after the completion of his prison sentence.**

    (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes [ ]   No [X]

        If "Yes," answer the following:

        (1) Docket or case number (if you know): _____

        (2) Result: _____

        (3) Date of result (if you know): _____

        (4) Citation to the case (if you know): _____

        (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes [X]   No [ ]

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court: **US DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS/AMARILLO**

        (2) Docket or case number (if you know): **2:23-CR-0056-Z (01)**

        (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: **§3582(C)(2) MODIFICATION OF SENTENCE - AMENDMENT 821**

    (5) Grounds raised: **Filed motion pursuant to §3582(c)(2) requesting reduction based on Amendment 821 Part(s) B & C regarding 'certain zero point offenders.' Requested Court to consider under Part (C) to forego the "1" criminal history point applied based on a prior DUI as "overstating" criminal history thus reducing Movant to 0 criminal history points and a 'zero point offender' in turn receiving a 2-level reduction in offense level pursuant to Amendment 821 (B) & §4C1.1**

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?

        Yes ☐    No ☒

    (7) Result: **Denied**

    (8) Date of result (if you know):

(b) If you filed any second motion, petition, or application, give the same information:

    (1) Name of court:

    (2) Docket of case number (if you know):

    (3) Date of filing (if you know):

    (4) Nature of the proceeding:

    (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?

        Yes ☐    No ☐

    (7) Result:

    (8) Date of result (if you know):

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1) First petition:   Yes ☐   No ☒

    (2) Second petition:   Yes ☐   No ☒

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:
**Relief under Amendment 821 and §3582(c)(2) is based on the Judge's discretion.**

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

GROUND ONE: Ineffective Assistance of Counsel for failure to file Pretrial motion

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Movant requested counsel to file pretrial motion to suppress based on legality of traffic stop thus resulting in the discovery of the evidence used to indict and ultimately convict the Movant. Counsel stated he would file such and refused to do such.
   This motion had a likelihood of being successful based on relevant supporting case law, and therefore would have resulted in a significant different outcome in Movant's case. If successful in a motion to suppress, Movant would not have been indicted as the evidence would have been inadmissible due to the illegality of the traffic stop in which it was discovered. Based on such, Movant would not have received any prison sentence and/or conviction.

(b) **Direct Appeal of Ground One:**
   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☐   No ☒
   (2) If you did not raise this issue in your direct appeal, explain why:
       Appellate waiver signed

(c) **Post-Conviction Proceedings:**
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
       Yes ☐   No ☒
   (2) If you answer to Question (c)(1) is "Yes," state:
   Type of motion or petition: _____
   Name and location of the court where the motion or petition was filed:

   Docket or case number (if you know): _____
   Date of the court's decision: _____
   Result (attach a copy of the court's opinion or order, if available):

   (3) Did you receive a hearing on your motion, petition, or application?
       Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND TWO:** Ineffective Assistance of Counsel in Advisement of Plea

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Counsel informed Movant that _if_ he didn't agree to plead guilty, the government would seek enhancement(s) of 'possession of a dangerous weapon,' and 'leadership role.' Also was told that he shouldn't get more than 78 months. Despite winning the enhancement objection(s) at sentencing, the government otherwise sought to enhance. Additionally, Movant received a high end term of imprisonment of 108 months. If Movant had chosen to forego pleading and proceed to trial, the potential outcome would have been significantly different and Movant would possibly not be incarcerated.

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why:

__Appellate waiver signed__

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

     Yes ☐     No ☒

   (2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

   (3) Did you receive a hearing on your motion, petition, or application?

     Yes ☐     No ☐

   (4) Did you appeal from the denial of your motion, petition, or application?

     Yes ☐     No ☐

   (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

     Yes ☐     No ☐

   (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

   (7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND THREE:** <u>Ineffective Assistance of Counsel for failure to investigate</u>

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Counsel failed to investigate and/or otherwise look into the amount of drugs and their actual weight. If Movant had opted to trial, the drug report would have had to be testified to and the lab report reflects a discrepancy that alters the drug weight to less than 50 kilograms. If Counsel had not advised Movant to plea and/or filed other pretrial motions challenge the actual drug weight; Movant's case would have had a significant different outcome and he would not be spending over 8 years in prison. If the drug weight was under 50kgs, his offense level would have been lowered by 2 levels thus resulting in a lower sentencing guideline schematic.

(b) **Direct Appeal of Ground Three:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐   No ☒
  (2) If you did not raise this issue in your direct appeal, explain why:

  <u>Appellate Waiver signed</u>

(c) **Post-Conviction Proceedings:**
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐   No ☒
  (2) If you answer to Question (c)(1) is "Yes," state:
  Type of motion or petition: _____
  Name and location of the court where the motion or petition was filed:

  Docket or case number (if you know): _____
  Date of the court's decision: _____
  Result (attach a copy of the court's opinion or order, if available):

  (3) Did you receive a hearing on your motion, petition, or application?
      Yes ☐   No ☐
  (4) Did you appeal from the denial of your motion, petition, or application?
      Yes ☐   No ☐
  (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
      Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:**   N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☐

(2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐   No ☐

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?
  Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
  Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
  Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

_____

_____

13. Is there any ground in this motion that you have **not** previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

N/A

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the you are challenging?  Yes ☐  No ☒

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At the preliminary hearing:

    (b) At the arraignment and plea:
    **Christopher Solis**

    (c) At the trial:

    (d) At sentencing:
    **Christopher Solis**

    (e) On appeal:
    **Federal Defender Office**

    (f) In any post-conviction proceeding:
    **Pro Se representation**

    (g) On appeal from any ruling against you in a post-conviction proceeding:

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?  Yes ☐  No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?  Yes ☐  No ☒

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

    (b) Give the date the other sentence was imposed:
    (c) Give the length of the other sentence:
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?  Yes ☐  No ☐

Therefore, movant asks that the Court grant the following relief:

__Conduct an evidentiary hearing on the Ground(s) 1-4 resulting in a vacation and remand,__
or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on __June 1, 2025__.

__I respectfully request the Clerk of the Court to notify any and all other interested parties via the CM/ECF system.__

(month, date, year)

Executed (signed) on __June 1, 2025__          (date)

**Prison Mail Box Rule:**

**Houston v. Lack,** 487 U.S. 266 (1988)

_____
Signature of Movant
Miguel Horacio Diaz-Garcia
Reg#61390-510

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.



MIGUEL HORACIO DIAZ-GARCIA
REG#61390-510
FCC COLEMAN LOW
P.O. BOX 1031
COLEMAN, FL 33521

US DISTRICT CLERK OF COURT
NORTHERN DISTRICT OF TEXAS/AMARILLO DIVISION
J. MARVIN JONES FEDERAL BUILDING
205 EAST FIFTH AVE., ROOM 103
AMARILLO, TX 79101



RECEIVED
JUN - 9 2025
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS