IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

MIGUEL HORACIO DIAZ-GARCIA,

    Petitioner,

v.

    2:25-CV-125-Z
    (2:23-CR-056-Z-BR-1)

UNITED STATES OF AMERICA,

    Respondent.

**ORDER TO SHOW CAUSE, NOTICE and
INSTRUCTIONS TO PARTIES**

A Motion Under 28 U.S.C. Section 2255 to Vacate, Set Aside, or Correct a Sentence by a Person in Federal Custody has been filed. Pleadings are required or permitted as follows:

**I. Respondent's Answer / Response**

The Government ("Respondent") is directed to answer this Motion **within 60 days after entry of this Order**, *see* FED. R. CIV. P. 81(a)(4), answering in substance as required by Rule 5 of the Rules Governing Section 2255 Proceedings for the United States District Courts. If applicable, Respondent may submit a preliminary answer/response for dismissal of a delayed, time-barred, or uncertified second or successive motion to vacate in lieu of an answer on the merits.

Each argument with supporting citations advanced in Respondent's answer should clearly specify the grounds of the motion or numbered paragraph of the pleading it seeks to support or oppose. **Respondent shall attach to its answer copies of all documents necessary for the Court to make a proper resolution of Petitioner's Motion.** Respondent shall serve a true copy of such answer and attachments on Petitioner by mailing such instruments to Petitioner or to Petitioner's attorney of record, if any. The Government shall file a certificate evidencing such service with the United States District Clerk.

## II. Petitioner's Reply

Petitioner is not required to file a reply to Respondent's answer/response. However, should Petitioner wish to submit a reply, it must be filed **within 28 days following service of the Respondent's answer/response**. Each paragraph of a reply must specify the precise paragraph or part of Respondent's answer to which reply is being made and must be limited to a reply to Respondent's argument. Under no circumstances will any statement or argument set forth in a reply be considered as advancing new grounds for relief or supplementing any ground or supporting facts set out in the motion to vacate.

## III. Motions

Unless otherwise directed by the Court, motion practice is controlled by Local Rules 5.1 and 7.1. Each motion must be clearly identified in its title. Any response to a motion must be filed **within 21 days from the date the motion is filed**. A party who files a motion may file a reply to the response **within 14 days from the date the response is filed**. Unless otherwise directed by the Court, oral argument on a motion will not be held. The Court will enter an order for an evidentiary hearing if it determines a hearing is needed after review of the parties' briefing.

Parties may address any need for an evidentiary hearing in their briefing but should not file separate motions for evidentiary hearings. Additionally, motions for summary judgment are discouraged and do not facilitate the timely disposition of habeas cases before the Court.

## IV. Issuance of Service

In every case, a copy of the Motion to Vacate, Set Aside, or Correct a Sentence shall be served by regular mail on the United States Attorney, unless an agreement has been reached with the United States Attorney providing for alternative means of service. A true

copy of this Order and any other orders entered shall be forwarded to petitioner and/or the attorney of record, as well as the United States Attorney, by the most efficient means available.

**SO ORDERED.**

June 13, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE